UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-00037-FA-5

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| DANIEL LUNA | |

On motion of the Defendant, Daniel Luna, and for good cause shown, it is hereby ORDERED that **DE 1286** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 7th day of August, 2024.

*Daniel A. Faber*

DAVID A. FABER
Senior United States District Court Judge